UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY BRANDON,<br><br>                    Plaintiff,<br><br>-against-<br><br>ARTÈ SALON, INC., AND<br>JOSEPH ARTALE,<br><br>                    Defendants. | No. 21-CV-9381 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Pursuant to Defendants' suggestion, see Reply Memorandum of Law In Further Support of Defendants' Motion to Dismiss the Complaint in its Entirety (dkt. no. 18) at 1, Defendants' motion to dismiss is, pursuant to Fed. R. Civ. P. 12(d), converted to a motion for summary judgment pursuant to Fed. R. Civ. P. 56. Counsel shall confer and inform the Court by letter if any party wishes to present additional material to the court.

**SO ORDERED.**

Dated:     May 9, 2022
           New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge

1